11091794
5/13/11



Paul R. Warren, Clerk of Court
United States Bankruptcy Court, WDNY
*(Use either Buffalo or Rochester address of Clerk's Office, based on where the case is venued)*

Re: (Case Name) Christopher L. Morrison / Nicole M Morrison /Case # 07-01261-B
Request to Deposit Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

Enclosed please find my Trustee's check in the amount of $ 157.07 and $867.85. I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

✓ I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), **or**

___ The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

Claimant Cellular One    Amount $ 157.07    Claims Register # 2
Claimant Hopes Windows   Amount $ 867.85    Claims Register # 3
Claimant _____  Amount $ _____   Claims Register # ___
Claimant _____  Amount $ _____   Claims Register # ___

_____
Trustee Name